AMELIA HART v. EDWARD HART.

January 29, 1976. Petition for certification denied.

LEONARD R. CORSO v.
LOCAL UNION NO. 153 OF THE INTERNATIONAL UNION.

January 29, 1976. Petition for certification denied.

MYRON MANTELL v. BERNARD J. AUGEROT.

January 29, 1976. Petition for certification denied.

CITY OF ATLANTIC CITY v. BLOCK C 11, LOT 11.

January 29, 1976. Petition for certification granted.

HENRY E. BECKER v. THE BOROUGH OF ROSELAND.

January 29, 1976. Petition for certification denied.

BOARD OF MANAGERS OF THE JERSEY CITY MEDICAL
CENTER v. S. JOHN DEL MONTE.

January 29, 1976. Petition for certification denied.